ANTHONY KEESLER, as Administrator, etc., of MARY KEESLER, Deceased, Appellant, v. STANLEY MALONE and Another, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HATTIE KIMBALL, Respondent, v. ROCHESTER RAILWAYS CO-ORDINATED BUS LINES, INC., Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ROSARIA MIRABELLA, Respondent, v. ROCHESTER INTERURBAN BUS COMPANY, INC. (ROCHESTER RAILWAY CO-ORDINATED BUS LINES, INC.), Appellant.— Judgment and order affirmed, with costs. In our opinion the evidence as to the broken wrist was not admissible under the pleadings and bill of particulars but was received without objection and its admission does not constitute legal error. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

KATHERINE MURDOCH, Respondent, v. STEPHEN BERNATH and Others, Defendants. MAX M. YELLEN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SOL ROSENBERG and Another, Appellants, v. GENERAL REALTY SERVICE, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied: Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EMMA RICKNER, Appellant, v. THEODORE S. FREY and Others, Defendants. GERTRUDE E. WEIGAND and JOHN TODD, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EVA STOUT, Appellant, v. THEODORE S. FREY and Others, Defendants. GERTRUDE E. WEIGAND and JOHN TODD, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HARRY STOUT, Appellant, v. THEODORE S. FREY and Others, Defendants. GERTRUDE E. WEIGAND and JOHN TODD, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HELENA M. HOWARD, Appellant, v. J. FLOYD SEELEY and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ARVONA R. ELLIS, Respondent, v. SWEET, FEARY & COMPANY, INC., and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed records and printed briefs by February twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MINAS KASHIAN, Appellant, v. JOHN J. STARBACK, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.